FILED

04/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0480

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0480

_____

KYLE R. BABCOCK,

      Plaintiff and Appellant,

  v.                                      O R D E R

CASEY'S MANAGEMENT, LLC,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2021